UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:17-cr-73-RLY-MJD |
| | ) |
| THOMAS T. JOHNSON, | ) - 01 |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On February 5, 2024, the Court held a hearing on the Petition(s) for Warrant or Summons for Offender Under Supervision filed on December 30, 2022, May 16, 2023, September 20, 2023. October 5, 2023, and December 27, 2023. Defendant appeared in person with his appointed counsel Dominic Martin. The government appeared by Carolyn Haney, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Docket No. 54.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."** |
| | On December 19, 2022, Mr. Johnson was arrested by Indianapolis Metropolitan Police. He is charged in Marion County case number 49D32-2212-F3-034335 with criminal confinement, pointing a firearm, and unlawful possession of a firearm by a serious violent felon. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The government argued for a sentence of 24 months. Defendant's counsel argued for a sentence of 15 months. Defendant requested placement at FCC Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 19 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at FCC Terre Haute at the lowest secured unit defendant qualifies for given background and personal history. Additionally, the Magistrate Judge recommends substance abuse and mental health evaluation and treatment.

Defendant reviewed the above noted conditions with his attorney.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 2/6/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system